# WALTER LAW FIRM, P.C.

1111 North Loop West Suite 1115
Houston, Texas 77008

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/2/2015 5:28:50 PM
CHRISTOPHER A. PRINE
Clerk

TERI A. WALTER
BOARD CERTIFIED - CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

Phone 713 529-2020
Direct 832 831 5810
Fax 713 529-2266
twalter@prevaillawyers.com

June 2, 2015

Chandra Williams
Marcella Henderson
Clerk, 164th District Court
201 Caroline 12th Floor
Houston, TX 77002

Re:     Cause No. 2014-32347, Sherwood Lane Investments, LLC v. Cal State Investment Limited Partnership, Eugene E. Volluci, Daniel Mandarino, Carrie Mandarino, Armando La Fontaine, Jennifer La Fontaine, Laura Doyle, Robert Church, Bret Beals and Linda Beals as Trustees of the Beals Family Revocable Trust, Robert A. Schalbe, William H. Gay, Jr., Riccardio D. Gay, Eric Johnstone, Rafal Zielinski and Vally Mestroni; In the 164th Judicial District Court; Harris County, Texas

        Case No. 01-15-00192-CV, Daniel Mandarino, Carrie Mandarino, Armando La Fontaine, Jennifer La Fontaine, Laura Doyle, Robert Church, Bret Beals and Linda Beals as Trustees of the Beals Family Revocable Trust, Robert A. Schalbe, William H. Gay, Jr., Riccardio D. Gay, Eric Johnstone, Rafal Zielinski and Vally Mestroni v. Sherwood Lane Investments, LLC, In the First Court of Appeals, Houston, Texas

Dear Ms. Williams & Ms. Henderson:

Please supplement the Clerk's Record for the appeal of this matter with the following documents, which were previously omitted:

1.      09/19/14      Defendants' (Mandarino et. al.) Response to Motion for Summary Judgment

2.      09/19/14      Exhibit U      Affidavit of Eric Johnstone (Exhibit to Defendants' Response to Motion for Summary Judgment)

Please let me know the cost of the supplemental record as soon as it has been prepared.

Thank you very much for your assistance.

Sincerely,

/s/   Teri A. Walter

Teri A. Walter